**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6708**

———————

UNITED STATES OF AMERICA,

　　　　　　　　　　　　　　　　Plaintiff - Appellee,

　　　versus

ARTHUR ALLEN HALEY,

　　　　　　　　　　　　　　　　Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-00-906-2-18)

———————

Submitted:  August 27, 2003　　Decided:  September 10, 2003

———————

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit
Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Arthur Allen Haley, Appellant Pro Se.  Miller Williams Shealy, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arthur Allen Haley seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Haley has not made a substantial showing of the denial of a constitutional right. See Miller-El v. Cockrell, 537 U.S. 322, ___, 123 S. Ct. 1029, 1039 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED